UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GARY DARTEZ and TAMISHA LATIMORE,

Plaintiffs - Appellants,

v.

FEDERAL GOVERNMENT ADVISORS, LLC and FGA POWERED BY GOVCONNECT, LLC,

Defendants - Appellees.

No. 25-3941

D.C. No.
3:24-cv-03132-TLT
Northern District of California,
San Francisco

ORDER

Appellants' motion to strike (Docket Entry No. 11) is denied.

Appellants' motion to deem the appeal submitted (Docket Entry No. 14) is denied. The filing of a motion to dismiss stays the briefing schedule. *See* 9th Cir. R. 27-11.

Appellant Latimore did not sign the notice of appeal. *See* Fed. R. App. P. 3(c)(2) (notice of appeal considered filed on behalf of the signer); *McKinney v. Debord*, 507 F.2d 501 (9th Cir. 1974) (pro se appellant must personally sign notice of appeal); *see also Becker v. Montgomery*, 532 U.S. 757, 765 (2001) (pro se litigant's failure to sign the notice of appeal is a non-jurisdictional, and therefore, curable defect).

Within 21 days, appellant Latimore must file a signed copy of the notice of appeal in the district court. If appellant Latimore does not do so, the court will dismiss this appeal as to appellant Latimore. *See* 9th Cir. R. 42-1.

Appellant Latimore was permitted to proceed in forma pauperis in the district court. That status continues in this court because it has not been revoked. *See* Fed. R. App. P. 24(a).

Appellant Dartez was not permitted to proceed in forma pauperis in the district court and paid the district court fees in that court. The fees for this appeal are overdue. Within 21 days, appellant Dartez must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal as to appellant Dartez. *See* 9th Cir. R. 42-1.

The clerk will serve Form 4 on appellant Dartez.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT