**No. 25-3941**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

GARY DARTEZ, et al.

Plaintiffs-Appellants.

v.

FEDERAL GOVERNMENT ADVISORS, LLC, et al.,

Defendants-Appellees.

---

**On Appeal from the United States District Court
For the Northern District of California**
No. 3:24-cv-03132-TLT
The Honorable Trina L. Thompson

---

**APPELLEES' OPPOSITION TO MOTION TO
PROCEED IN FORMA PAUPERIS**

---

**Cole Carlson**
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
Telephone: (813) 445-5175
Email: cole@carlsoniplaw.com

1

## I.   <u>ARGUMENT</u>

"[C]ourt permission to proceed in forma pauperis is itself a matter of privilege and not right; denial of in forma pauperis status does not violate the applicant's right to due process." *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984). Leave to proceed *in forma pauperis* may be denied "if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Tr.*, 821 F.2d 1368, 1370 (9th Cir. 1987) (citing *Reece v. Washington*, 310 F.2d 139, 140 (9th Cir. 1962)).

Appellant's Motion to Proceed *In Forma Pauperis*, Dkt.17, fails to appreciate that its appeal is ultimately jurisdictionally improper. This appeal was filed months late and the one issue that is arguably timely is frivolous. As explained in Appellee's pending Motion to Dismiss, Appellant's Notice of Appeal was filed more than five months after entry of the orders to which it relies upon. Dkt. 9 at 5-6. Likewise, Appellant's notice as to the June 10 order is ultimately frivolous because Appellant freely admits that it knowingly flouted the district court's order regarding payments to be made to Appellee thereby making them in contempt. *See id.* at 6-7. The record clearly establishes that Appellant's issues on appeal were of their own making thereby necessitating denial of the present motion.[1]

---

[1] While this motion focuses on the frivolousness of the present appeal, Mr. Dartez's representations regarding his financial situation is highly dubious. Zeros across the board strains credulity. How is he paying for food? Gas for his car? Other basic life

## <u>CONCLUSION</u>

For the reasons stated above, it is respectfully requested that Appellant's Motion to Proceed *In Forma Pauperis* be denied.

Respectfully submitted this 6th day of April, 2026.

/s/ Cole Carlson
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
Telephone: (813) 445-5175
Email: cole@carlsoniplaw.com

---

necessities? At no point during this case has Mr. Dartez represented to Appellee that he is homeless but instead has made it clear that he will do everything in his power to make sure Appellant does not receive the funds they are due.

## <u>CERTIFICATE OF COMPLIANCE</u>

This document complies with the Fed. R. App. P. 27(d)(2)(A) because this motion does not exceed 5,200 words, and does not exceed 20 pages, excluding caption and certificate of compliance. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using 14-point font and plain, roman style.

Dated: April 6, 2026

/s/ Cole Carlson
Cole Carlson

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

| **9th Cir. Case Number(s)** | 25-3941 |
|---|---|

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Gary Dartez
1503 Macdonald Ave. Suite A101
Richmond, CA 94801
info@dartezenterprises.com

**Description of Document(s)** *(required for all documents)*:

Opposition to Motion to Proceed In Forma Pauperis

| **Signature** | s/ Cole Carlson | **Date** | 4/6/2026 |
|---|---|---|---|

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov